CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
 *caldwell@caldwell-leslie.com*
LINDA M. BURROW, State Bar No. 194668
 *burrow@caldwell-leslie.com*
KELLY L. PERIGOE, State Bar No. 268872
 *perigoe@caldwell-leslie.com*
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for WARNER BROS. ENTERTAINMENT INC. and TURNER ENTERTAINMENT CO.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC. and TURNER ENTERTAINMENT CO.,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC LOUZIL, an individual, SINGA ENTERTAINMENT, SINGA HOME ENTERTAINMENT, ECHELON STUDIOS, ECHELON ENTERTAINMENT, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV12-08955 DSF (Ex)<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs WARNER BROS. ENTERTAINMENT INC. and TURNER ENTERTAINMENT CO. (collectively, "Plaintiffs") for their Complaint against Defendants ERIC LOUZIL, an individual, SINGA ENTERTAINMENT, SINGA HOME ENTERTAINMENT, ECHELON STUDIOS, ECHELON ENTERTAINMENT (collectively, "Defendants"), and DOES 1 through 50, inclusive, allege as follows:

## NATURE OF THE CASE

1. Piracy costs the major movie studios billions of dollars each year, resulting in the loss of tens of thousands of jobs and hundreds of millions of dollars in annual tax revenues. Pirates such as Defendants sell low-cost, low-quality copies of copyrighted films and avoid legal consequence by disingenuously shutting down infringing websites in response to demands by studios, only to reappear under slightly different names.

2. Through their websites, including singahe.com, echelonstudios.us, echelonflix.com and echelonclassicmovies.com, Defendants have engaged in blatant piracy, selling unlicensed copies of classic films such as Stanley Kubrick's groundbreaking masterpiece *A Clockwork Orange*, the classic 1940s detective film *The Thin Man*, the 1940s romantic comedy *The Philadelphia Story* and the original "talkie," *The Jazz Singer*. Even after Plaintiffs demanded Defendants cease and desist their infringing activities, Defendants continued to promote and sell Plaintiffs' copyrighted works. Indeed, Plaintiffs are aware of at least 34 feature films (the "Features") that Defendants are currently selling, or have recently sold, on one or more of their websites. A complete list of these Features is attached to this Complaint as Exhibit "A."

3. Unless pirates like Defendants are held accountable for their infringing activities, copyright holders, including Plaintiffs, will continue to suffer substantial losses. Plaintiffs therefore bring this lawsuit to prevent Defendants from continuing to profit from their unlawful conduct.

## PARTIES

4. Plaintiff Warner Bros. Entertainment Inc. ("Warner Bros.") is a Delaware corporation with its principal place of business in Burbank, California. Warner Bros. has, for decades, been one of the largest and most well-known distributors of live-action feature films in the world, including *A Clockwork Orange* and the Oscar-winning Elia Kazan classic *Baby Doll*.

5. Plaintiff Turner Entertainment Co. ("Turner") is a Delaware corporation, with its principal place of business in Burbank, California, and is a wholly-owned subsidiary of Warner Bros. Turner owns the copyrights to feature films including *The Philadelphia Story*, *The Jazz Singer*, *The Thin Man*, *The Shop Around the Corner* and the original *Tarzan* films featuring Johnny Weismuller.

6. Plaintiffs are informed and believe, and on that basis allege, that Defendant Eric Louzil ("Louzil") is an individual residing in Encino, California.

7. Plaintiffs are informed and believe, and on that basis allege, that Defendant Louzil does business at various times under the names Singa Entertainment, Singa Home Entertainment, Echelon Studios and Echelon Entertainment (collectively, "Echelon"). Plaintiffs are informed and believe, and on that basis allege, that Echelon Studios is a Delaware Corporation, with principal place of business in Encino, California. Plaintiffs are informed and believe that none of the other Echelon or Singa entities is a duly-formed corporation, LLC or other entity.

8. Plaintiffs do not know the true names or capacities of the persons or entities sued herein as DOES 1 through 50, inclusive, and therefore sue these Defendants by such fictitious names. Plaintiffs are informed and believe, and on that basis allege, that each of the Doe Defendants was in some manner legally responsible for the damages alleged below. Plaintiffs will amend this Complaint to set forth the true names and capacities of these Defendants when they have been ascertained, along with appropriate charging allegations.

9. Plaintiffs allege on information and belief that each of the Defendants acted jointly and in concert, and with the knowledge of the actions of each of the other Defendants, and ratified and/or authorized all of the actions complained of herein, and acted as the agent and co-conspirator of each of the other Defendants with respect to the allegations alleged herein.

## JURISDICTION AND VENUE

10. This Court has jurisdiction of this action under 28 U.S.C. §§ 1331 and 1338(a). Venue in this district is proper under 28 U.S.C. §§ 1391(b), (c) and 1400(a).

## DEFENDANTS' INFRINGING CONDUCT

11. Without authorization from Plaintiffs, and in direct violation of copyright laws, Defendants have been, and currently are, reproducing, distributing, promoting, selling and displaying at least 34 Features, including but not limited to *A Clockwork Orange*, *The Thin Man*, *The Shop Around the Corner*, *The Philadelphia Story* and *The Jazz Singer*, in violation of Plaintiffs' exclusive rights under 17 U.S.C. § 106, in the United States and abroad. *See* Exh. "A."

12. Plaintiffs have demanded that Defendants cease and desist from their infringement of Plaintiffs' copyrights. Notwithstanding this demand, Defendants continue to reproduce, distribute, promote, sell and display the Features, through the sale of DVDs and, through websites such as www.echelonflix.com, allowing users to stream the Features. A list of those Features available for streaming on www.echelonflix.com as of the date of filing this Complaint is attached to this Complaint as Exhibit "B."

13. Defendants have also created unauthorized derivative works of the Features, in violation of Plaintiffs' exclusive right to prepare such works. *See* 17 U.S.C. § 106(2). For example, the version of *The Philadelphia Story* available on www.echelonflix.com has been heavily edited and has a run time of one hour, fifteen minutes, more than thirty minutes less than the film's actual length.

14. Defendants are constantly changing which of Plaintiffs' films they make available for unauthorized sale or exhibition, as well as the names and URLs of the websites on which Defendants sell or exhibit these unauthorized works. Plaintiffs therefore reserve their right to amend their Complaint as they learn of additional infringing acts.

## FIRST CLAIM FOR RELIEF

(Copyright Infringement — 17 U.S.C. §§ 501 *et seq.* against all Defendants)

15. Plaintiffs incorporate by reference each and every allegation contained in paragraphs 1 through 14 above.

16. Plaintiffs are the owners of copyright interests in each of the Features listed on Exhibit "A" to this Complaint.

17. By its conduct as alleged above and on Exhibit "B", Defendants have willfully violated, and continue to violate Plaintiffs' exclusive right to reproduce, distribute copies of, display and publicly perform these copyrighted works.

18. As a direct result of Defendants' wrongful conduct, Plaintiffs have suffered great and irreparable injury and will continue to suffer injury unless Defendants are enjoined. Plaintiffs have no adequate and complete remedy at law.

19. As a further result of Defendants' wrongful conduct, Plaintiffs have been damaged in an amount not presently ascertainable. Plaintiffs are entitled to damages and Defendants' profits, according to proof, or, if Plaintiffs so elect, statutory copyright damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request judgment in its favor and against Defendants as follows:

1. That during the pendency of this action and permanently thereafter, Defendants and their officers, directors, employees, agents, attorneys, servants, and all persons, firms, corporations and associations in active concert or participation with them, including but not limited to Eric Louzil, be enjoined from in any way

CALDWELL
LESLIE &
PROCTOR

-4-

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Case 2:12-cv-08955-DSF-E   Document 1   Filed 10/17/12   Page 6 of 15   Page ID #:11

infringing upon Plaintiffs' copyrighted Features, or any of Plaintiffs' other copyrighted works, including the use of any matter or material substantially similar to Plaintiffs' copyrighted works.

2. That this Court enjoin Defendants and their officers, directors, employees, agents, attorneys, servants, and all persons, firms, corporations and associations in active concert or participation with them, including but not limited to Eric Louzil, from failing to produce and deliver to the United States Marshal or his or her deputies — and that this Court issue an order providing that the United States Marshal or his or her deputies, forthwith seize and impound, and allow Plaintiffs' counsel to inspect and copy — any and all material in Defendants' possession or control that contains copies of any of Plaintiffs' copyrighted Features, any other of Plaintiffs' copyrighted works, or which contains any other matter substantially similar to Plaintiffs' copyrighted works, and all masters, prints, tapes, negatives, plates, molds, matrices and other means of making the foregoing which might, if used, constitute infringement of Plaintiffs' copyrights.

3. That Defendants be enjoined from failing to take all steps within their power to recall and collect from retailers, distributors, sellers, and any other persons or entities all copies of the materials described in paragraph 2, above, and deliver such materials to the United States Marshal or his or her deputies pursuant to the provisions of paragraph 2, above.

4. That Defendants account to Plaintiffs for all gains, profits, and advantages derived by them, directly or indirectly, as a result of their conduct as alleged in this Complaint.

5. That Defendants be ordered to file with the Court and to serve upon Plaintiffs within 30 days after service of the Court's Orders as prayed for herein, a report in writing and under oath setting forth in detail the manner and form in which it has complied with the Court's Orders.

6. That Defendants pay Plaintiffs the actual damages they have sustained as a result of Defendants' copyright infringement, and all gains, profits, and advantages derived by Defendants from such infringement; or, in the alternative, if plaintiffs so elect, that Defendants pay to Plaintiffs statutory damages.

7. For Plaintiffs' costs of suit.

8. For Plaintiffs' reasonable attorneys' fees.

9. For such other, further or different relief as this Court deems just and proper.

DATED: October 17, 2012    Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL
LINDA M. BURROW
KELLY L. PERIGOE


By _____
LINDA M. BURROW
Attorneys for WARNER BROS. ENTERTAINMENT INC. and TURNER ENTERTAINMENT CO.

**EXHIBIT A**

# Exhibit "A"

## List of Features

| Title | Registration | Renewal | Title Holder |
|---|---|---|---|
| Adam's Rib | L 2615 | R 646596 | Turner Entertainment Co. |
| After The Thin Man | L 6821 | R 328940 | Turner Entertainment Co. |
| Annie Oakley | LP 5984 | R 305968 | Turner Entertainment Co. |
| Babes On Broadway | L Pub 11215 | R 450436 | Turner Entertainment Co. |
| Baby Doll | LP 9720 | RE 198-049 | Warner Bros. Entertainment Inc. |
| Ben-Hur: A Tale of the Christ | L 24477 | R 156197 | Turner Entertainment Co. |
| Black Scorpion, The | LP 12503 | RE 253-378 | Warner Bros. Entertainment Inc. |
| Blackbeard The Pirate | LP 2178 | RE 73-599 | Turner Entertainment Co. |
| Captain Blood | LP 6027 | R 311594 | Turner Entertainment Co. |
| Catered Affair, The | LP 6508 | RE 189-377 | Turner Entertainment Co. |
| Clockwork Orange, A | LP 41304 | RE 610-505 | Warner Bros. Entertainment Inc. |
| Fearless Vampire Killers | LP 35102 | RE 621-445 | Turner Entertainment Co. |
| Four Horsemen of the Apocalypse, The | L 16308 | R 42606 | Turner Entertainment Co. |
| Good News (1930) | L 1506 | R 204559 | Turner Entertainment Co. |
| Good News (1947) | L 1397 | R 592965 | Turner Entertainment Co. |
| I Love You Again | L1 9869 | R 415500 | Turner Entertainment Co. |
| Ivanhoe | LP-1798 | RE 43-700 | Turner Entertainment Co. |

| Title | Registration | Renewal | Title Holder |
|---|---|---|---|
| Jazz Singer, The | LP 24505 | R 146197 | Turner Entertainment Co. |
| Libeled Lady | L 6652 | R 323474 | Turner Entertainment Co. |
| Mark of the Vampire | L 5490 | R 293846 | Turner Entertainment Co. |
| Mogambo | LP-3755 | RE 77-506 | Turner Entertainment Co. |
| None But The Lonely Heart | LP 13003 | R 522301 | Turner Entertainment Co. |
| Petrified Forest | LP 6116 | R 318845 | Turner Entertainment Co. |
| Philadelphia Story, The | LP 10102 | R 423310 | Turner Entertainment Co. |
| Satan Met A Lady | LP 6484 | R 320089 | Turner Entertainment Co. |
| Shop Around the Corner, The | L1 9552 | R 401323 | Turner Entertainment Co. |
| Tarzan and His Mate | L 4647 | R 274614 | Turner Entertainment Co. |
| Tarzan Escapes | L 6710 | R 325061 | Turner Entertainment Co. |
| Tarzan's New York Adventure | L 2061 | R 457710 | Turner Entertainment Co. |
| Tarzan's Secret Treasure | L pub 10872 | R 448904 | Turner Entertainment Co. |
| Them! | LP 4918 | RE 131-473 | Warner Bros. Entertainment Inc. |
| Thin Man, The | L 4745 | R 277211 | Turner Entertainment Co. |
| Valley of Gwangi, The | LP 36136 | RE 765-230 | Warner Bros. Entertainment Inc. |
| Westworld | LP 42879 | RE 848-701 | Turner Entertainment Co. |

**EXHIBIT B**

# Exhibit "B"

# List of Features Available for Streaming on www.echelonflix.com

| |
|---|
| Adam's Rib |
| After The Thin Man |
| Annie Oakley |
| Babes On Broadway |
| Ben-Hur: A Tale of the Christ |
| Black Scorpion, The |
| Captain Blood |
| Catered Affair, The |
| Four Horsemen of the Apocalypse, The |
| I Love You Again |
| Ivanhoe |
| Jazz Singer, The |
| Mark of the Vampire |
| Mogambo |
| Petrified Forest |
| Philadelphia Story, The |
| Satan Met A Lady |
| Shop Around the Corner, The |
| Tarzan and His Mate |
| Tarzan Escapes |
| Tarzan's New York Adventure |
| Tarzan's Secret Treasure |
| Thin Man, The |
| Valley of Gwangi, The |

Case 2:12-cv-08955-DSF-E   Document 1   Filed 10/17/12   Page 13 of 15   Page ID #:18

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

COPY

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
WARNER BROS. ENTERTAINMENT INC. and TURNER ENTERTAINMENT CO.

**DEFENDANTS**
ERIC LOUZIL, an individual, SINGA ENTERTAINMENT, SINGA HOME ENTERTAINMENT, ECHELON STUDIOS, ECHELON ENTERTAINMENT, and DOES 1 through 50, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Caldwell Leslie & Proctor, PC  (213) 629-9040
725 South Figueroa Street, 31st Floor
Los Angeles, CA 900171

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ In Excess of $75,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Sections 501 et seq.; Copyright infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV12-08955

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                              CIVIL COVER SHEET                              Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
   ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Warner Bros. Entertainment Inc. - Los Angeles<br>Turner Entertainment Co. - Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Eric Louzil; Singa Entertainment; Singa Home Entertainment; Echelon Studios; Echelon Entertainment - Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_    Date October 17, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Name & Address: Caldwell Leslie & Proctor, PC
Christopher G. Caldwell (SBN 106790)
Linda M. Burrow (SBN 194668)
Kelly L. Perigoe (SBN 268872)
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC. and TURNER ENTERTAINMENT CO.<br><br>PLAINTIFF(S)<br>v.<br>ERIC LOUZIL, an individual, SINGA ENTERTAINMENT, SINGA HOME ENTERTAINMENT, ECHELON STUDIOS, ECHELON ENTERTAINMENT, and DOES 1 through 50, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-08955 DSF(tx)<br><br>**SUMMONS** |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Caldwell Leslie & Proctor, PC_____, whose address is _725 South Figueroa Street, 31st Floor, Los Angeles, CA 90017_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

OCT 17 2012

Dated: _____

Clerk, U.S. District Court

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                      **SUMMONS**