CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
  caldwell@caldwell-leslie.com
LINDA M. BURROW, State Bar No. 194668
  burrow@caldwell-leslie.com
KELLY L. PERIGOE, State Bar No. 268872
  perigoe@caldwell-leslie.com
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for WARNER BROS. ENTERTAINMENT INC. and TURNER ENTERTAINMENT CO.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC. and TURNER ENTERTAINMENT CO.,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC LOUZIL, an individual, SINGA ENTERTAINMENT, SINGA HOME ENTERTAINMENT, ECHELON STUDIOS, ECHELON ENTERTAINMENT, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV12-08955 DSF (Ex)<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>[Local Rule 7.1-1] |

CALDWELL
LESLIE &
PROCTOR

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7-1.1, the undersigned counsel of record for Warner Bros. Entertainment Inc. and Turner Entertainment Co. hereby certifies that the following entity has a direct, pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

<u>Time Warner Inc.</u>: Warner Bros. Entertainment Inc. is a wholly-owned subsidiary of Time Warner Inc., a publicly-traded Delaware corporation. Turner Entertainment Co. is a wholly-owned subsidiary of Warner Bros. Entertainment Inc.

DATED: October 17, 2012

Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL
LINDA M. BURROW
KELLY L. PERIGOE

By [signature]
LINDA M. BURROW
Attorneys for Plaintiffs
WARNER BROS. ENTERTAINMENT INC. and TURNER ENTERTAINMENT CO.

CALDWELL LESLIE & PROCTOR

-1-

CERTIFICATE OF INTERESTED PARTIES