UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 12-8955 DSF (Ex) | Date | 6/6/13 |
|---|---|---|---|
| Title | Warner Bros. Entertainment Inc., et al. v. Eric Louzil, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order Dismissing Unserved Defendants

On March 28, 2013, the Court ordered Plaintiffs to show cause why the various unserved defendants should not be dismissed for lack of prosecution. No response was filed. Defendants Singa Entertainment, Singa Home Entertainment, and Echelon Entertainment are dismissed without prejudice.

IT IS SO ORDERED.