1  CALDWELL LESLIE & PROCTOR, PC
   CHRISTOPHER G. CALDWELL, State Bar No. 106790
2    caldwell@caldwell-leslie.com
   LINDA M. BURROW, State Bar No. 194668
3    burrow@caldwell-leslie.com
   KELLY L. PERIGOE, State Bar No. 268872
4    perigoe@caldwell-leslie.com                    *JS 6*
   725 South Figueroa Street, 31st Floor
5  Los Angeles, California  90017-5524
   Telephone: (213) 629-9040
6  Facsimile: (213) 629-9022

7  Attorneys for Plaintiffs WARNER BROS.
   ENTERTAINMENT INC. and TURNER
8  ENTERTAINMENT CO.

9
                  **UNITED STATES DISTRICT COURT**
10
      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
11

12
   WARNER BROS. ENTERTAINMENT        | Case No. CV 12-08955 DSF (Ex)
13 INC. and TURNER
   ENTERTAINMENT CO.,                | **PERMANENT INJUNCTION AND
14                                   | DISMISSAL WITH PREJUDICE**
            Plaintiffs,
15                                   | **[Stipulation for Permanent
      v.                             | Injunction and Dismissal With
16                                   | Prejudice filed concurrently
   ERIC LOUZIL, an individual, SINGA | herewith]**
17 ENTERTAINMENT, SINGA HOME
   ENTERTAINMENT, ECHELON            | Trial Date: December 10, 2013
18 STUDIOS, ECHELON
   ENTERTAINMENT, and DOES 1
19 through 50, inclusive,

20          Defendants.

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

1    The Court, having read and considered the Stipulation for Permanent

2 Injunction and Dismissal with Prejudice that has been executed by Plaintiffs Warner

3 Bros. Entertainment Inc. and Turner Entertainment Co. (collectively "Plaintiffs")

4 and Defendants Echelon Studios and Eric Louzil, (collectively "Defendants") in this

5 action (Plaintiffs and Defendants collectively referred to as the "Parties"), and good

6 cause appearing therefore, hereby:

7    ORDERS that based on the Parties' concurrently-filed Stipulation for

8 Permanent Injunction and Dismissal With Prejudice, this Permanent Injunction shall

9 be and is hereby entered against Defendants, as follows:

10    1)  This Court has jurisdiction of this action under 28 U.S.C. §§ 1331 and

11 1338(a).  Service of process was properly made against Defendants.

12    2)  Plaintiffs are the owners or assignees of rights in and to the live action

13 feature films and animated cartoons listed in Exhibit A (collectively referred to

14 herein as the "Films").

15    3)  Plaintiffs have alleged that Defendants have engaged in the reproduction,

16 public performance, making available, distribution and sale, through DVDs, television

17 masters, digital files, or other audio-visual platforms, of copies of the Films.

18    4)  Defendants, their officers, directors, and employees, anyone acting on their

19 behalf, any present or future entity or website directly or indirectly owned or

20 controlled by one or both Defendants, or in which any Defendant is an officer,

21 director, shareholder, managing agent or partner, or with which or whom they act in

22 concert, are hereby restrained and permanently enjoined from:

23    a)  All production, manufacture, reproduction, distribution, sale, exhibition,

24 public performance, making available, communication to the public, transmission,

25 streaming, downloading, offering for downloading, display, advertising, promotion,

26 renting, lending, licensing, or other exploitation, in whole or in part, in any language,

27 anywhere in the world, in any media or format, of any of the Films listed in Exhibit A.

28

CALDWELL
LESLIE &
PROCTOR

-1-
PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE

1        b) This Injunction is without prejudice to any other valid rights of the

2  Plaintiffs or Defendants.

3        5) Each side shall bear its own fees and costs of suit.

4        6) Except as provided herein, all claims alleged in the Complaint are

5  dismissed with prejudice.

6        7) This Injunction shall be deemed to have been served upon Defendants at

7  the time of its execution by the Court.

8        8) The Court finds there is no just reason for delay in entering this Injunction

9  and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court

10  directs immediate entry of this Injunction against Defendants.

11        9) The Court shall retain jurisdiction of this action and the Parties to entertain

12  such further proceedings and to enter such further orders as may be necessary or

13  appropriate to implement and enforce the provisions of this Injunction.

14        10) The above-captioned action, shall, upon motion by Plaintiffs, be

15  reopened should Defendants default under the terms of the Settlement Agreement.

16

17  DATED: August 12, 2013

18                    By _____

19                      Honorable Dale S. Fischer

20                      United States District Court Judge

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

-2-

PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE

1   Presented by:

2

3   _____

4   LINDA M. BURROW
    CALDWELL LESLIE & PROCTOR, PC
5

6

7   _____

    AZUKA L. UZOH
8   THE LAW OFFICES of AZUKA L. UZOH

9

10  _____

11  ERIC LOUZIL
    In *Propia Persona*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR
                                    -3-
                    PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE